**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7142**

———————

BRUCE RICE,

                                    Petitioner - Appellant,

        versus

M. E. RAY, Warden; FEDERAL CORRECTIONAL INSTI-
TUTE, ESTILL,

                                    Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-97-120-6)

———————

Submitted:  September 30, 1998      Decided:  October 13, 1998

———————

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Bruce Rice, Appellant Pro Se. Barbara Murcier Bowens, OFFICE OF THE
UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bruce Rice appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We recently upheld the Bureau of Prisons' policy of denying a sentence reduction under 18 U.S.C.A. § 3621(e) (West Supp. 1998) to a prisoner serving a sentence for felony possession of a firearm. <u>See</u> <u>Pelissero v. United States</u>, ___ F.3d ___, 1998 WL 559663, at *3-6 (4th Cir. Sept. 3, 1998) (No. 97-6156). Rice currently is incarcerated pursuant to a conviction for being a felon in possession of a firearm. Under <u>Pelissero</u>, he is not entitled to the sentence reduction contemplated by § 3621(e)(2)(B). We therefore affirm the decision of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2